CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: United States v. Da'Quan Johnson v.

DOCKET NUMBER: 16-1814

COUNSEL'S NAME: David S. Hammer

COUNSEL'S ADDRESS: 500 Fifth Avenue, 34th Floor
New York, NY 10110

COUNSEL'S PHONE: 212-941-8118

**QUESTIONNAIRE**

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript.  Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[✓] Pre-trial proceedings: Change of Plea 1/7/16
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: 5/2016
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, David S. Hammer, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

David S. Hammer                                       7/8/16
Counsel's Signature                                   Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____       Estimated Number of Pages: _____

Estimated completion date: _____

_____                                           _____
Court Reporter's Signature                            Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**